OMNI–THERM, INC., Appellant,

v.

David J. KAPPOS, Director, United States Patent and Trademark Office, Appellee,

and

Dupaco, Inc., Cross–Appellant.

Nos. 2010–1561, 2010–1562.

United States Court of Appeals, Federal Circuit.

Oct. 31, 2011.

## ON MOTION

### *ORDER*

Upon consideration of Omni–Therm, Inc.'s unopposed motion to withdraw its appeal,

IT IS ORDERED THAT:

(1) The motion is granted. Appeal 2010–1561 is dismissed.

(2) The appeal will proceed with the remaining parties.